# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON D. BODLE, | : | Civil No. 3:17-CV-2265 |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| BARRY SMITH, *et al.*, | : | |
| | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 1st day of February, 2021, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1.  The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2.  A certificate of appealability is **DENIED**.

3.  The Clerk of Court is directed to **CLOSE** this case.

s/ Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
